UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06938
   RICHARD CLAY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4028

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/28/2005 and was confirmed 04/13/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 03/07/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 672.55 | .00 | 672.55 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1136.97 | .00 | 1136.97 |
| AMERICAN GENERAL FINANCE | SECURED | 100.00 | 8.21 | 100.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1492.58 | 111.00 | 1492.58 |
| DAIMLER CHRYSLER FINANCI | SECURED | 7323.26 | 770.85 | 7323.26 |
| CHRYSLER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T CINGULAR WIRELESS | UNSECURED | 140.05 | .00 | 140.05 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| BAILEY & ASSOCS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 565.94 | .00 | 565.94 |
| CONSECO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 200.82 | .00 | 200.82 |
| ECAST SETTLEMENT CORP | UNSECURED | 842.09 | .00 | 842.09 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1063.79 | .00 | 1063.79 |
| URBAN & BURT LTD | DEBTOR ATTY | 2,294.00 | | 2,294.00 |
| TOM VAUGHN | TRUSTEE | | | 1,015.17 |
| DEBTOR REFUND | REFUND | | | 362.72 |

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   18,100.00

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 06938 RICHARD CLAY

```
SECURED                                               9,588.39
     INTEREST                                           890.06
UNSECURED                                             3,949.66
ADMINISTRATIVE                                        2,294.00
TRUSTEE COMPENSATION                                 1,015.17
DEBTOR REFUND                                          362.72
                           ---------------      ---------------
TOTALS                        18,100.00            18,100.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn

Dated: 06/26/08                    _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                          PAGE   2
          CASE NO. 05 B 06938 RICHARD CLAY